

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| KIRBIE BROWN,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>FARMERS INSURANCE EXCHANGE, MID-CENTURY INSURANCE COMPANY<br><br>　　　　Defendants. | Case No. 2:23-cv-00038-KHR<br><br>Judge: Hon. Kelly H. Rankin<br><br>**ORDER DISMISSING CASE** |

　　　Upon stipulation between the Plaintiff and Defendants, and for good cause appearing, IT IS HEREBY ORDERED that this matter is dismissed with prejudice, as fully settled on the merits, with each party to pay their own costs and attorney's fees.

　　　Dated this 25th day of July, 2023.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　 _____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　 Kelly H. Rankin
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　 Chief United States Magistrate Judge